```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------
QLAY CO.,

              Plaintiff,        20 Civ. 9776 (JGK)

    - against -            <u>ORDER</u>

ADAJAY, ET AL.,

              Defendants.
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    All of the filings in this case are unsealed because all of the defendants have now been served.

**SO ORDERED.**

**Dated:**    New York, New York
           December 2, 2020        <u>/s/ John G. Koeltl</u>

                                    **John G. Koeltl**
                            **United States District Judge**