UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QLAY CO.,

              Plaintiff,        20 cv 9776 (JGK)

                                ORDER

    - against -

ADAJAY, ET AL.,

             Defendants.

JOHN G. KOELTL, District Judge:

This Court entered an Order to Show Cause why a Default Judgment should not be entered on May 14, 2021. It was supported by a Clerk's Certificate of Default against the defendants. The defendants failed to respond to the Order to Show Cause for a Default Judgment. Therefore, the plaintiff is entitled to a Default Judgment. The matter is referred to the Magistrate Judge for an inquest to determine the appropriate judgment.

SO ORDERED.

Dated:    New York, New York
            June 22, 2021

                                        John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/22/2021